1
**DYKEMA GOSSETT LLP**
THI HOANG HO, State Bar No. 293978
  *THo@dykema.com*
2
444 South Flower Street, Suite 2200
Los Angeles, California 90071
3
Telephone: (213) 457-1800
4
Facsimile: (213) 457-1850

5
Attorneys for Defendant HARLEY-
DAVIDSON MOTOR COMPANY, INC.
6

7

8
## UNITED STATES DISTRICT COURT

9
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| | |
|---|---|
| REBEKA RODRIGUEZ, | Case No.  2:23-cv-3931 |
| Plaintiff, | **DEFENDANT HARLEY-DAVIDSON MOTOR COMPANY, INC.'S NOTICE OF REMOVAL OF ACTION** |
| v. | |
| HARLEY-DAVIDSON MOTOR COMPANY, INC., a Wisconsin corporation d/b/a www.harley-davidson.com; and DOES 1 through 10, inclusive, | 28 U.S.C. § 1331 |
| Defendants. | |

*Sidebar (vertical):* DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

19
## DEFENDANT'S NOTICE OF REMOVAL

20
Defendant Harley-Davidson Motor Company, Inc., ("Defendant") through its

21
undersigned counsel and pursuant to 28 U.S.C. §1441, hereby removes this action

22
from the Superior Court of the State of California, for the County of Los Angeles, to

23
the United States District Court for the Central District of California, Western

24
Division.  In support of this Notice of Removal, Defendant states as follows:

25
## INTRODUCTION

26
1.     On or about March 2, 2023, plaintiff Rebeka Rodriguez ("Plaintiff")

27
commenced this action in the Superior Court of California, County of Los Angeles,

28
as Case No. 23STCV04660 (the "State Court Action").

107174.000045  4863-5060-2594.1

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

2.    Defendant acknowledged service of the Complaint on April 20, 2023, and services was therefore effectuated on that date.  The records and files of the State Court Action are attached hereto as **Exhibit A**.

## FEDERAL QUESTION JURISDICTION

3.    A district court has "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  28 U.S.C.S. § 1331.  For purposes of the federal question jurisdiction, federal laws include federal statutes. *See Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368, 377 (2012).  Here, the Complaint consists of a single cause of action for alleged violation of 18 U.S.C. §§ 2710 *et seq.*, commonly known as the Video Privacy Protection Act, which is a federal statute.  As the entire Complaint arises under a federal law, this Court can exercise federal question jurisdiction over the State Court Action.

4.    A "civil action brought in a State Court of which the district courts of the United States have original jurisdiction" may be removed "to the district court of the United States for the district and division embracing the place where such action is pending."  28 U.S.C. § 1441.  The Western Division of the Central District of California embraces the County of Los Angeles.  28 U.S.C. § 84(c).  Accordingly, removal of the State Court Action to this Court is proper.

## OTHER REMOVAL REQUIREMENTS

5.    This Notice of Removal is timely pursuant to 28 U.S.C. §1446(b) because it is filed within thirty (30) days of the effectuation of service in this action on April 20, 2023.

6.    Written notice of this Notice of Removal and a copy hereof have and/or will be promptly filed in the Superior Court of the State of California, for the County of Los Angles, as required by 28 U.S.C. §1446(d), and a copy of the same will be served upon Plaintiff.

7.    A copy of all process, pleadings and orders in the State Court Action are attached to this Notice of Removal as **Exhibit A**, as required by 28 U.S.C. § 1446(a).

107174.000045  4863-5060-2594.1

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

1 To the extent there are documents in the file of the State Court Action that are not

2 included, Defendant will promptly provide the Court with those documents as soon

3 as they are received.

4      8.     If any question arises as to the propriety of the removal of this action,

5 Defendant requests the opportunity to conduct discovery, brief any disputed issues,

6 and to present oral argument in favor of its position that this case is properly

7 removable.

8      9.     The undersigned counsel for Defendant has read the foregoing and has

9 signed this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil

10 Procedure, as required by 28 U.S.C. § 1446(a).

11 **<u>RESERVATION OF RIGHTS AND DEFENSES</u>**

12      10.    Defendant reserves all defenses, including, without limitation, the

13 defenses of lack of proper service and lack of personal jurisdiction.

14      11.    Defendant reserves its right to amend or supplement this Notice of

15 Removal.

16      12.    Defendant does not concede in any way that the allegations in the

17 Complaint are accurate or that Plaintiff is entitled to any relief under the Complaint.

18      WHEREFORE, Defendant prays that the State Court Action be removed from

19 the Superior Court of California, County of Los Angeles, to the United States District

20 Court for the Central District of California, Western Division.

22 DATED:  May 22, 2023     DYKEMA GOSSETT LLP

25 By: _____/s/ Thi Hoang Ho_____

26 THI HOANG HO
Attorneys for Defendant HARLEY-
27 DAVIDSON MOTOR COMPANY, INC.

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

1 **CERTIFICATE OF SERVICE**

2 I hereby certify that on this 22ⁿᵈ day of May, 2023, I electronically filed the

3 foregoing **DEFENDANT HARLEY-DAVIDSON MOTOR COMPANY, INC.'S**

4 **NOTICE OF REMOVAL OF ACTION** with the Clerk of the Court using the

5 CM/ECF system which will send notification of such filing to the following:

6 Scott J. Ferrell, Esq. *Attorneys for Plaintiff*
Victoria C. Knowles, Esq. *Rebeka Rodriguez*
7 Pacific Trial Attorneys
4100 Newport Place Drive, Suite 800
8 Newport Beach, CA 92660

9 I also certify the document and a copy of the Notice of Electronic Filing was

10 served via U.S. Mail on the following non-CM/ECF participants:

11

12

13 */s/ Sheila Lara*
SHEILA LARA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28