JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 2:23-cv-03931-FLA (JCx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE [DKT. 30]** |

### ORDER

On June 14, 2024, Defendant Harley-Davidson Motor Company, Inc. ("Defendant") filed a Motion to Dismiss Complaint ("Motion to Dismiss"). Dkt. 28. On June 21, 2024, Defendant filed a Stipulation to Continue Hearing on Defendant's Motion to Dismiss and Related Briefing ("Stipulation"), stating the parties have reached an informal agreement regarding the resolution of this action and requesting the court continue the hearing on the Motion to Dismiss, to allow the parties additional time to formalize their agreement. Dkt. 30.

/ / /

/ / /

Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. All deadlines governing this action are VACATED.  The Motion to Dismiss (Dkt. 28) is DENIED without prejudice, in light of the parties' informal agreement.

2. The court DISMISSES the action without prejudice.  The court retains jurisdiction to vacate this Order and to reopen the action within ninety (90) days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 90-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.

3. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court.  Such stipulation shall be filed within the aforementioned 90-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: June 27, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge