PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Dr., Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY, INC. a Wisconsin corporation d/b/a www.harley-davidson.com; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23-cv-03931-FLA-JC<br>Judge: Honorable Fernando L. Aenlle-Rocha<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Filed: March 2, 2023<br>Removed: May 22, 2023<br>Trial date: None |

Plaintiff Rebeka Rodriguez ("Plaintiff") and defendant Harley-Davidson Motor Company, Inc. ("Defendant"), through their counsel of record, hereby jointly submit this Stipulation of Dismissal with Prejudice pursuant to the Court's Order dated June 27, 2024 (Dkt. No. 30):

WHEREAS, on or about March 2, 2023, Plaintiff filed her Complaint in the Superior Court of California, County of Los Angeles, as Case No. 23STCV04660;

WHEREAS, on May 22, 2023, Defendant removed this action from the state court to the above-referenced district court (Dkt. No. 1);

WHEREAS, on June 14, 2024, Defendant filed a Motion to Dismiss (Dkt. No. 28);

WHEREAS, the parties reached an agreement regarding the resolution of this case, which calls for the dismissal of this case with prejudice upon the satisfaction of certain conditions;

WHEREAS, on June 27, 2024, the Court dismissed this action without prejudice and permitted the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the Court;

WHEREAS, the parties' agreed-upon conditions for the dismissal of this action with prejudice have been met;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties that this Action shall be dismissed with prejudice.

Respectfully submitted,

Dated:  September 17, 2024           **PACIFIC TRIAL ATTORNEYS, APC**


By: _/s/ Scott J. Ferrell_
    Scott J. Ferrell
    Attorney for Plaintiff
    REBEKA RODRIGUEZ

Dated: September 17, 2024  **DYKEMA GOSSETT LLP**

By: */s/ Thi Hoang Ho*
Thi Hoang Ho
Attorneys for Defendant
Harley-Davidson Motor Company, Inc.

**Attestation Regarding Signatures**

I, Scott J. Ferrell, am the filer of the foregoing Joint Stipulation for Dismissal of Entire Action with Prejudice, and attest pursuant to L.R. 5-1(h)(3), that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and that I have obtained authorization to file this document with all "/s/" electronic signatures appearing within this document.

Scott J. Ferrell

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2024, I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

                                      */s/ Scott J. Ferrell*
                                       Scott J. Ferrell